**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Pedro LOPEZ-TORRES, Defendant-**
**Appellant**

**United States of America,**
**Plaintiff-Appellee**

v.

**Pedro Lopez Torres, also known**
**as Pedro Lopez-Torres,**
**Defendant-Appellant**

**No. 16-40901**
**Summary Calendar**
**Consolidated with 16-40903**

United States Court of Appeals,
Fifth Circuit.

Filed January 23, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Pedro Lopez-Torres, Pro Se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Pedro Lopez-Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez-Torres has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.